**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

Gwendolyn Hawkins,

        Plaintiff,

vs.

Comfort Care Transport Services, Inc.,
and Linda Kenney,

        Defendant.

CIVIL ACTION FILE

NO. 4:15-cv-243-HLM

## <u>CORRECTED JUDGMENT ON NON-JURY VERDICT</u>

This action came before this Court as a non-jury trial, the Court, the Honorable Harold L. Murphy, U.S. District Judge presiding.  The issues having been presented, and the Court having issued its order, it is

**Ordered and Adjudged** that the Plaintiff, Gwendolyn Hawkins, recover from the Defendants, Comfort Care Transport Services, Inc. and Linda Kenney, the sum of 14,101 Dollars ($ 14,101.00) with interest thereon at the legal rate as provided by law, together with costs.

JAMES N. HATTEN
CLERK OF COURT


By:  s/D. Burkhalter_____
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  March 13, 2018
James N. Hatten
Clerk of Court


By:___s/D.Burkhalter_____
      Deputy Clerk