Ancillary Legal Corporation
74 Goldrush Circle Ne
Atlanta, GA 30328
Phone: (404) 459-8006
Fax: (404) 459-0916

# INVOICE

Invoice #ANC-2015004567
3/23/2016

John McCown
Warren & Griffin, P.C.
300 West Emery Street
Suite 108
Dalton, GA 30720

**Case Number: Northern 4:15-CV-243-HLM**

Plaintiff:
**Gwendolyn hawkins**

Defendant:
**Comfort Care Transport Services, Inc and Linda Kenney**

Received: 12/30/2015   Served: 1/15/2016 10:50 am   ALC - CORPORATE-  REG AGT INDV
To be served on: Comfort Care Transport Services, Inc.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

| | |
|---|---|
| **BALANCE DUE:** | $85.00 |

WARREN & GRIFFIN, PC
**PAID**
DATE: MAR 30 2016
AMOUNT:
CK NO.

Please enclose a copy of this invoice with your payment.

Page 1 / 1

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1b