Ancillary Legal Corporation
74 Goldrush Circle Ne
Atlanta, GA 30328
Phone: (404) 459-8006
Fax: (404) 459-0916

# INVOICE

Invoice #ANC-2015004566
2/1/2016

Original Date: 1/18/2016

John McCown
Warren & Griffin, P.C.
300 West Emery Street
Suite 108
Dalton, GA 30720

**Case Number: Northern 4:15-CV-243-HLM**

Plaintiff:
**Gwendolyn hawkins**

Defendant:
**Comfort Care Transport Services, Inc and Linda Kenney**

Received: 12/30/2015    Served: 1/15/2016 10:50 am  ALC - IND PERSONAL
To be served on: Linda Kenney

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

| | | | |
|---|---|---|---|
| 1/25/2016     Check #006346 | Final Payment | | 85.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.

Page 1 / 1

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1b