AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO: 20180010

**MAKE CHECKS PAYABLE TO:**

John McCown
Attorney

,

Phone:

ALICIA B. BAGLEY, RMR, CRR
Official Court Reporter
600 East First Street
Suite 304
Rome, GA 30161
Phone:     (706) 378-4017

alicia_bagley@gand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 02-15-2018 | DATE DELIVERED: 02-26-2018 |

**Case Style:** 4:15-CV-243, Gwendolyn Hawkins v Comfort Care
2-13-2018 Bench trial

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 145 | 4.85 | 703.25 | | | | | | | 703.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 703.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| Deposit Date: 02-16-2018 | LESS AMOUNT OF DEPOSIT: 679.00 |
| | TOTAL REFUND: |
| Date Paid: 02-23-2018    Amt: $24.25 | TOTAL DUE: $0.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 02-15-2018 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com