Ancillary Legal Corporation
74 Goldrush Circle Ne
Atlanta, GA 30328
Phone: (404) 459-8006
Fax: (404) 459-0916

**INVOICE**

Invoice #ANC-2015004566
2/1/2016

Original Date: 1/18/2016

John McCown
Warren & Griffin, P.C.
300 West Emery Street
Suite 108
Dalton, GA 30720

**Case Number: Northern 4:15-CV-243-HLM**

Plaintiff:
**Gwendolyn hawkins**

Defendant:
**Comfort Care Transport Services, Inc and Linda Kenney**

Received: 12/30/2015   Served: 1/15/2016 10:50 am   ALC - IND PERSONAL
To be served on: Linda Kenney

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 85.00 | 85.00 |
| **TOTAL CHARGED:** | | | **$85.00** |
| 1/25/2016   Check #006346   Final Payment | | | 85.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!